UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

LO DEC - 1 PH 4:37

c/ CLERK

LAWRENCE SCIACCHETANO

VERSUS

ERIC MOLL

CIVIL ACTION NO: 00-784

JUDGE: "D"

MAGISTRATE JUDGE: "1"

## ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes defendant, Eric Moll ("Moll"), who in response to the Complaint for Declaratory Judgment filed by plaintiff, Lawrence Sciacchetano ("Sciacchetano"), herein deny each and every allegation contained therein, except as specifically admitted herein, as follows:

### FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted. It is impossible to determine, at this time, whether Sciacchetano would properly be a named inventor on any patent or utility application that might claim the benefit of Moll's provisional patent application. More particularly, it is clear that it is proper to name as an inventor on a patent application, only that person(s) who has invented the subject matter as <u>claimed</u> in the application. However, a provisional application is not required to contain any claims. Furthermore, Sciacchetano has alleged he is the inventor of some of the subject matter <u>disclosed</u> in Moll's application, not that he is the inventor of any of the subject matter contained in the claims, if any, in Moll's provisional application. Consequently, there is, therefore, no basis in law on which Sciacchetano can claim to have invented any of the <u>claimed</u> subject matter in Moll's provisional application.

*1*

BR:319359.1

| INITIALS | DOCKET# |
|----------|---------|
| *tw*     | 5       |

AND NOW, in answering the further allegations of the complaint, Moll respectfully represents:

1.

The allegations of paragraph 1 of the complaint do not require an answer from Moll. However, to the extent a response is deemed required and out of an abundance of caution, the allegations contained in paragraph 1 of the complaint are denied.

2.

The allegations of paragraph 2 of the complaint are denied for lack of information sufficient to justify a belief therein.

3.

The allegations of paragraph 3 of the complaint are admitted.

4.

The allegations of paragraph 4 of the complaint are denied for lack of sufficient information to justify a belief therein.

5.

The allegations of paragraph 5 of the complaint are denied for lack of sufficient information to justify a belief therein.

6.

The allegations of paragraph 6 of the complaint are denied, except to admit that venue is proper in this court.

7.

The allegations of paragraph 7 of the complaint are denied.

8.

The allegations of paragraph of 8 of the complaint are denied, except to admit that Moll and Sciacchetano jointly met with Warner Delaune on or about August 9, 2000, concerning a patent application.

9.

The allegations of paragraph 9 of the complaint are denied, in that the September 8, 2000, letter is the best evidence of what is contained therein.

10.

The allegations of paragraph 10 of the complaint are denied, in that the September 12, 2000 letter is the best evidence of what is contained therein.

11.

The allegations of paragraph 11 of the complaint are denied, in that the September 13, 2000 letter is the best evidence of what is contained therein.

12.

The allegations of paragraph 12 of the complaint are denied, in that the September 11, 2000 document is the best evidence of what is contained therein.

13.

The allegations of paragraph 13 of the complaint are denied.

14.

The allegations of paragraph 14 of the complaint are denied.

BR:319359.1

15.

The allegations of paragraph 15 of the complaint are denied, in that the allegations therein state a legal conclusion.

WHEREFORE, Eric Moll respectfully prays that this answer be deemed good and sufficient, and after all due proceedings are had, that judgment be rendered in his favor, and against Lawrence Sciacchetano, denying the declaratory judgment relief sought by Lawrence Sciacchetano, and further ruling that all costs are to be paid by Lawrence Sciacchetano.

Respectfully submitted by,

JUDE C. BURSAVICH (#19303) T.A.
MICHAEL P. FRUGE (#26287)
**BREAZEALE, SACHSE & WILSON**
One American Place, 23rd Floor
Baton Rouge, LA 70821
PH: (225) 387-4000

BR:319359.1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**LAWRENCE SCIACCHETANO**                    **CIVIL ACTION NO: 00-784**

**VERSUS**                                   **JUDGE: "D"**

**ERIC MOLL**                                **MAGISTRATE JUDGE: "1"**

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing on all counsel of record by placing signed copies thereof in the United States mail, postage prepaid, on this 1st day of December, 2000.

_____
JUDE C. BURSAVICH

BR:319359.1